# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2011

_____

Alma Wanjiku Muigai

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: May 27, 2014
Filed: May 29, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Kenyan citizen Alma Wanjiku Muigai petitions for review of orders of the Board of Immigration Appeals, upholding an immigration judge's denials of her motions to reopen removal proceedings. After careful review, we conclude that no abuse of discretion occurred. See Khrystotodorov v. Mukasey, 551 F.3d 775, 784-85

(8th Cir. 2008) (standard of review). Accordingly, we deny the petition for review. See 8th Cir. R. 47B.

_____